IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNELL FLOWERS,

    Plaintiff,

v.                                                                                                  Civil Action No. **3:20CV769**

CHESAPEAKE CITY JAIL,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 9, 2020, the Court conditionally docketed Plaintiff's action. On December 7, 2020, the United States Postal Service returned the November 9, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "ADDRESSEE NOT IN OUR FACILITY," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                               /s/
                                                      M. Hannah Lauck
                                                      United States District Judge

Date: Jan. 8, 2021
Richmond, Virginia